IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| LARRY DEWAYNE SCOTT, | ) |
| | ) |
| | ) CRIMINAL NO. 03-B-054-NE |
| v. | ) CIVIL ACTION NO. 04-B-8003-NE |
| | ) |
| UNITED STATES OF AMERICA | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on March 2, 2007 recommending that the motion to vacate be denied. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 27th day of March, 2007.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE